```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
W.K., individually and on behalf of       :    25cv5680 (DLC)
her child S.A., a minor,                  :
                                          :         ORDER
                         Plaintiff,       :
                                          :
             -v-                          :
                                          :
NEW YORK CITY PUBLIC SCHOOLS a/k/a/       :
NEW YORK CITY DEPARTMENT OF EDUCATION,    :
                                          :
                         Defendant.       :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

It having been reported to this Court that this case has been settled, it is hereby

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **October 17, 2025**. If no such application is made by that date, today's dismissal of the action is with prejudice. See Muze, Inc. v. Digital On Demand, Inc., 356 F.3d 492, 494 n.1 (2d Cir. 2004).

Dated:   September 17, 2025
         New York, New York

                                    _____
                                          DENISE COTE
                                    United States District Judge